UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| EDDIE W. REESE, | ) | No. CV 12-03417-AG (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| P. D. BRAZELTON, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus and Supplemental Petition are dismissed with prejudice and all other pending motions and requests are denied.

DATED: September 30, 2014

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE